1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERICA AMANN**, <br><br> *Plaintiff*, <br><br> v. <br><br> **CONVOSO, INC.,** a California corporation, <br><br> *Subpoena Recipient.* | CASE NO. 2:20-mc-00332-JFW-AFM <br><br> **[PROPOSED]** ORDER <br><br> **Magistrate Judge: Alexander F. MacKinnon** |

Before the Court is Plaintiff Erica Amann and Convoso, Inc.'s stipulation to extend the briefing deadlines by 30 days to allow the parties to attempt to resolve Convoso's noncompliance with the third party subpoena issue in connection with *Erica Amann v. Low VA Rates, LLC*, Case No. 1:20-cv-00180-MRB, pending in the United States District Court for the Southern District of Ohio.

For good cause shown, the stipulation is granted. Convoso shall respond to Plaintiff's motion to compel by or on February 18, 2021, and Plaintiff may file a reply 14 days thereafter.

**DONE AND ORDERED** this 19th day of January, 2021.

_____
Hon. Alexander F. MacKinnon
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order
Case No. 2:20-mc-00332-JFW-AFM