RACHEL E. KAUFMAN (CAL BAR NO. 259353)
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
rachel@kaufmanpa.com

*Attorney for Plaintiff and the putative Classes*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERICA AMANN**, | |
| *Plaintiff,* | Case No. 2:20-mc-00332-JFW-AFM |
| v. | |
| **CONVOSO, INC.,** a California corporation, | **NOTICE OF DISMISSAL** |
| *Subpoena Recipient.* | HON. MAGISTRATE ALEXANDER F. MACKINNON |

Plaintiff Erica Amann, by and through undersigned counsel, respectfully provides notice of the dismissal of this action without prejudice to refiling should Plaintiff request judicial intervention to require a more fulsome response to the subpoena and with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: February 10, 2021      By: */s/ Rachel E. Kaufman*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rachel E. Kaufman
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Counsel for Plaintiff and all others similarly situated*

-2-
Notice of Dismissal
Case No. 2:20-mc-00332-JFW-AFM